CHRISTIAN E. PICONE, CA STATE BAR NO. 218275
LEILA N. SOCKOLOV, CA STATE BAR NO. 282946
BERLINER COHEN, LLP
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
christian.picone@berliner.com
leila.sockolov@berliner.com

ATTORNEYS FOR DEFENDANT JASON C. NIELSEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES EXCHANGE COMMISSION, | CASE NO.  5:20-cv-03788-EJD |
| Plaintiff, | JOINT STATUS REPORT AND STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STAY |
| v. | |
| JASON C. NIELSEN, | Courtroom: 4, 5th Fl. |
| Defendant. | Judge:      Hon. Edward J. Davila |

Plaintiff Securities and Exchange Commission and Defendant Jason C. Nielsen, collectively known hereafter as the "Parties" through respective counsel hereby submit this Joint Status Report and Stipulation to Continue Stay

On July 12, 2022, the Court issued an Order staying this civil case and ordered the Parties to file a status report within 60 days of Mr. Nielsen's sentencing hearing in related case, *United States v. Jason Nielsen*, CAND Case No. 5:22-CR-00161-EJD. [#37]

On February 7, 2023, the Court continued the stay and Ordered the Parties to file a status report by May 9, 2023. [#39]

On October 24, 2022, Jason C. Nielsen was sentenced to 120 days in custody, fined $50,000, assessed $100, and placed on supervised release for 3 years following his release from custody in related case, *United States v. Jason Nielsen*, CAND Case No. 5:22-CR-00161-EJD. The court set a restitution hearing for January 23, 2023. The court began the restitution hearing on

January 23 and completed that hearing on January 30, 2023. Thereafter, the court issued an Amended Judgment which included a restitution order for $1,196.51. Mr. Nielsen began serving his custody sentence on January 23, 2023. Mr. Nielsen will be released from custody on or about May 11, 2023.

The Parties are in the process of good faith settlement negotiations but have not completed the negotiations due in part to Mr. Nielsen's incarceration.

The Parties request that the Court continue the stay of this case, including the deadlines for defendant's Answer, discovery, and case management conference, and order the Parties to submit a further Status Report on or before August 8, 2023.

Respectfully submitted,

DATED: MAY 8, 2023                          BERLINER COHEN, LLP

                                            BY:  /S/CHRISTIAN E. PICONE
                                                 CHRISTIAN E. PICONE
                                                 ATTORNEYS FOR DEFENDANT JASON C. NIELSEN

DATED: MAY 8, 2023                          SECURITIES AND EXCHANGE COMMISSION

                                            BY:  /S/JOHN K. HAN
                                                 JOHN K. HAN

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the stay of this case is continued and that the Parties shall file a status report by August 8, 2023.

DATED:  May 9, 2023

                                            HON. EDWARD J. DAVILA
                                            UNITED STATES DISTRICT JUDGE